DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Broadcast Music, Inc., et al., | ) | |
| | ) | CASE NO. 5:12 CV 1171 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGMENT ENTRY |
| | ) | |
| Center Court, LLC dba Center Court Sports | ) | |
| Pub and Eatery, et al., | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons contained in the Memorandum Opinion and Order filed

contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED and DECREED that

Plaintiffs' motion for default judgment against defendant Center Court LLC dba Center Court

Sports Pub and Eatery and defendant Holly Russell is GRANTED.

IT IS FURTHER HEREBY ORDERED, ADJUDGED and DECREED that:

1.  Defendants Center Court, LLC and Holly Russell, their respective agents, servants, employees, and all persons acting under their permission and authority, are enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by plaintiff Broadcast Music, Inc. pursuant to 17 U.S.C. §502;

2.  Defendants Center Court, LLC and Holly Russell, jointly and severally, shall pay to plaintiffs statutory damages in the amount of $33,000, which represents an award of $3,000 for each of the eleven (11) acts of infringement of plaintiffs' copyrighted musical compositions, pursuant to 17 U.S.C. § 504(c);

3.  Defendants Center Court, LLC and Holly Russell, jointly and severally, shall pay plaintiffs' costs, including reasonable attorney's fees in the amount of $5,087.60, pursuant to 17 U.S.C. § 505; and

(5:12 CV 1171)

4.      Defendants Center Court, LLC and Holly Russell, jointly and severally, shall
        pay interest on these awards, pursuant to 28 U.S.C. § 1961.


        IT IS SO ORDERED.


 March 18, 2013                          s/ David D. Dowd, Jr.
Date                                    David D. Dowd, Jr.
                                        U.S. District Judge

2